IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | No. 04 B 30998 |
| Jeffrey Lanas | ) | Chapter 13 |
| Debtor. | ) | Judge: A. Benjamin Goldgar |

## ORDER AVOIDING JUDICIAL LIENS OF THELEN SAND & GRAVEL, INC., UNITED CONCRETE, CONSTRUCTION AND GENERAL LABORERS, UNITED CONSTRUCTION PRODUCTS, INC., BURRIS EQUIPMENT COMPANY AND FOX VALLEY CONSTRUCTION WORKERS FRINGE BENEFIT FUNDS

This matter coming to be heard on the Motion of Debtor requesting that the Liens of Thelen Sand & Gravel, Inc., United Concrete, Construction and General Laborers, United Construction Products, Inc., Burris Equipment Company and Fox Valley Construction Workers Fringe Benefit Funds be avoided pursuant to 11 U.S.C. 522 (f) due proof of service to all parties entitled to notice the court being advised;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

The judicial liens of Thelen Sand & Gravel, Inc., recorded November 8, 2000 as Document Number 4605647; United Concrete, Construction and General Laborers, recorded January 16, 2001 as Document Number 4632950; United Construction Products, Inc., recorded February 6, 2003 as Document Number 5118071; Burris Equipment Company recorded on May 14, 2003 as Document Number 5230062; and Fox Valley Construction Workers Fringe Benefit Funds, recorded July 11, 2003 as Document Number 4723583 are avoided pursuant to 11 U.S.C. 522(f).

DATE: JAN 4 2005        ENTER: _____

LAW OFFICES OF PAUL M. BACH
1955 Shermer Road, Suite 150
Northbrook, Illinois 60062
(847) 564-0808
Attorney No. 06205930