# UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Name of Presiding Judge, Honorable A. Benjamin Goldgar
Cause No.  04 B 30998    Date    September 30, 2005
Title of Cause           In Re: Jeffrey Lanas

**Brief Statement of Motion**

MOTION TO COMPEL THE COUNTY OF LAKE/LAKE COUNTY TREASURER TO TAKE PAYMENT FOR REAL ESTATE TAXES WHICH CAME DUE POST PETITION

The rules of this court require counsel to furnish the names of all parties entitled to notice of the entry of an order and the names and addresses of their attorneys. Please do this immediately below (separate lists may be appended).

Names and Address moving counsel / Representing / Names and Addresses of other counsel entitled to notice and names of parties they represent.

PAUL M. BACH 1955 SHERMER ROAD, SUITE 150
NORTHBROOK, ILLINOIS 60062
Debtor
SEE ATTACHED SERVICE LIST

FOR REASONS STATED IN OPEN COURT IT IS HEREBY ORDERED:

(1) Debtors confirmed Chapter 13 Plan is modified to correct the 2003 Real Estate Taxes to be paid through the plan to the Lake County Treasurer. The correct amount to be paid to the Lake County Treasurer for 2003 Real Estate Taxes is $9259.29.

Reserve space below for notations by the Courtroom Deputy

Hand this memorandum to the Courtroom Deputy.
Counsel will not rise to address the Court until motion has been called.