# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In Re:  Jeffrey Lanas

)  Case No.   04 B 30998
)

Debtor(s).

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed by the debtor on September 23, 2004, [as modified by the amendment filed August 11, 2005] having been found by the court to comply with the provisions of 11 U.S.C § 1325, THE PLAN IS HEREBY CONFIRMED.

Notwithstanding any provision of the plan to the contrary, all property of the estate, as specified by 11 U.S.C. §§ 541 and 1306, shall continue to be property of the estate following confirmation.

ENTER:

_____
Judge

Dated:  **3 0 SEP 2005**

Form Order No. 24