## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT, ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE | )<br>) Chapter 13<br>) |
| Jeffrey Lanas | ) Waukegan<br>)<br>) Honorable A. Benjamin Goldgar |
| Debtor(s). | )<br>) 04-30998<br>)<br>) |

## ~~AGREED~~ ORDER MODIFYING CHAPTER 13 PLAN AND DEFAULT ORDER CONDITIONING AUTOMATIC STAY

This Cause Coming To Be Heard on the Motion of Debtor to Modify Confirmed Chapter 13 Plan, by agreement of the Debtor and First Midwest Bank, mortgagee on the property commonly known as 452 Fairfax Lane Grayslake, IL 60030, and other creditors not objecting to the Debtor's prior Motions to Modify Plan, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto,

IT IS HEREBY ORDERED:

1. The Debtor's Chapter 13 is modified to defer all default existing as of the date of the entry of the order to the end of the Chapter 13 Plan
2. The monthly plan payment due under the Chapter 13 Plan shall be modified to $7,100.00 per month as of the date of the entry of the Order with the Plan payment due each month of the 20th of the month. An additional payment of $13,200.00 shall be due yearly on November 15 beginning in 2006. The $13,200 yearly payment may be reduced by any additional payment the debtor makes to the $7,100.00 per month over the course of the year the idea being that a total of $98,400.00 is paid by the debtor to the Chapter 13 Plan yearly.
3. The Chapter 13 Plan is modified to provided that that set payment to First Midwest Bank shall not apply to the yearly payment due on November 15 of each year but that yearly payment shall be paid entirely to First Midwest Bank (not to exceed to the amount of First Midwest Bank's total claim) minus any administrative expenses which shall not exceed $4,000.00. This paragraph only applies to the yearly payment and not the monthly payments which shall be disbursed by the Chapter 13 Trustee according the confirmed Chapter 13 Plan.
4. That if Debtor fails to make one (1) Plan payment to the Chapter 13 Trustee, thereby accruing a one (1) month default, then the Automatic Stay shall be

      modified by First Midwest Bank as to the property commonly known as 452 Fairfax Lane Grayslake, IL 60030, without further order of Court, if upon notice to the Debtor and Debtor's attorney the complained of default is not fully cured and proof of cure tendered to First Midwest Bank's attorneys, Stitt, Klein, Daday, Aretos & Giampietro, 121 S. Wilke, Ste. 500, Arlington Heights, IL 60005, within 14 days from the date notice of said default is received by Debtor's attorney, or received by Debtor if Debtor's counsel should withdraw without substitute counsel appearing in his stead .

5.   In the event the Stay is Modified by First Midwest Bank, or its successors or assigns, as set forth in this order, counsel for First Midwest Bank shall give notice to the Debtor, the Debtor's attorney and the Trustee and file said notice with the Court.

Enter: _____
Bankruptcy Judge A. Benjamin Goldgar

AUG - 4 2006

Jonathan N. Rogers
Stitt, Klein, Daday, Aretos & Giampietro
121 S. Wilke, Ste. 500
Suite 150
Arlington Heights, IL 60005
(847) 590-8700
Atty Code: 6243761

Paul M. Bach
Bach Law Offices
1955 Shermer Road

Northbrook, Illinois 60062
847-564-0808
#06209530